**United States District Court**

For the Northern District of California

1

2

3

4

5                UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8   KEN WALTERS, ET AL.,                No. C-06-4138 SBA (JCS)

9           Plaintiff(s),

10                          **NOTICE OF REFERENCE AND ORDER**

    v.

11   DRONKANOKI, INC.,

12          Defendant(s).               (E-FILING CASES)

13 _____/

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15        The above matter has been referred to the undersigned for a report and recommendation on

16   Plaintiff's motion for default judgment, which is to be filed no later than November 2, 2006.

17        All hearing dates are subject to the availability of the Court's calendar.  Please contact the

18   Courtroom Deputy, Karen Hom, at (415) 522-2035, to confirm or, if necessary, reschedule the

19   hearing date.  Civil law and motion is heard on Friday mornings, at 9:30 a.m., Courtroom A, 15th

20   Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

21                       **COURTESY COPIES**

22        All documents shall be filed in compliance with the Civil Local Rules.  Documents not filed

23   in compliance with those rules will not be considered by the Court.

24        BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC

25   FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

26   **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS'

27   COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil

28   case number and the district court judge's initials, followed by the designation "(JCS)".

**United States District Court**

For the Northern District of California

1    The failure of counsel or a party to abide by this Order may result in sanctions pursuant to

2    Fed. R. Civ. P. 16(f).

3        IT IS SO ORDERED.

4

5    Dated:  October 6, 2006

6                                                                         _____

7                                                                         JOSEPH C. SPERO
                                                                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2