**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

KEN WALTERS, *et al.*,

    Plaintiffs,

 v.

DRONKANOKI, INC., *et al.*,

    Defendants.

No. C 06-4138 SBA

**ORDER**

[Docket Nos. 20, 42]

On March 1, 2006, Magistrate Judge Joseph C. Spero issued a Report and Recommendation [Docket No. 42] on the plaintiffs' Motion for Default Judgment [Docket No. 20]. It recommends the motion for default judgment be granted. Objections were due March 15, 2007. No objections have been filed. After reviewing the Report and Recommendation, the Court hereby adopts it as this Court's ORDER.

It is therefore ORDERED that defendants Drankanoki, Inc., Drankanoki, Inc. d/b/a/ West Coast Consulting and Construction Services, and West Coast Consulting and Construction Services shall submit to an audit consistent with the terms of the Trust Agreements.

It is further ORDERED that the defendants will submit timely employer contributions and Employer Reports of Contributions.

It is further ORDERED that the plaintiffs are awarded $5,522.50 in reasonable attorney fees and an additional $523.60 in costs.

It is further ORDERED that the plaintiffs may file a motion to amend this judgment after the completion of the audit and accounting. This Court will retain jurisdiction pending completion of the audit and accounting and resolution of the motion to amend.

IT IS SO ORDERED.

March 23, 2007

                                              Saundra B Armstrong
                                              Saundra Brown Armstrong
                                              United States District Judge