**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KEN WALTERS, *et al.*, | No. C 06-4138 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket Nos. 48, 52] |
| DRONKANOKI, INC., *et al.*, | |
| Defendants. | |

On March 26, 2007, the Court entered default judgment in favor of plaintiffs awarding $5,522.50 in reasonable attorney fees and an additional $523.60 in costs and ordered defendants Drankanoki, Inc., Drankanoki, Inc. d/b/a/ West Coast Consulting and Construction Services, and West Coast Consulting and Construction Services to submit to an audit consistent with the terms of the Trust Agreements, and to submit timely employer contributions and Employer Reports of Contributions. *See* Docket No. 43.

The Court also ordered that the plaintiffs would be allowed to file a motion to amend this judgment after the completion of the audit and accounting, and that the Court would retain jurisdiction pending completion of the audit and accounting and resolution of the motion to amend.

On May 23, 2007, the plaintiffs sent a request to the defendants requesting an audit. The defendants did not respond. *See* Docket No. 50 (McBride Decl.).

On June 8, 2007, the plaintiffs filed a supplemental request for total judgment [Docket No. 48], seeking a supplemental judgment to reflect unpaid fringe benefits, liquidated damages, interest, attorney fees and costs, as well as a further order directing the defendants to submit all required monthly contribution reports. There has been no response or opposition to this motion.

It is therefore ORDERED that plaintiffs are awarded $13,690.85 in unpaid fringe benefits, liquidated damages, and interest for the period of June 2004 through May 2007.

It is further ORDERED that the plaintiffs are awarded attorneys fees in the amount of $7,277.50 and costs in the amount of $1,188.89.

It is further ORDERED that the defendants are to timely submit all required monthly

1  contribution reports and contributions due and owed by the defendants.
2  It is further ORDERED that this Court will retain jurisdiction over this matter.
3  It is further ORDERED that the case management conference set for September 5, 2007, at 3:00
4  PM, is hereby reset to December 5, 2007 at 4:00 PM, via telephone.  The parties shall **meet and confer**
5  prior to the conference and shall prepare a joint Case Management Conference Statement which shall
6  be filed no later than ten days prior to the Case Management Conference that complies with the Standing
7  Order For All Judges Of The Northern District Of California and the Standing Order of this Court.
8  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All
9  parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.
10  IT IS SO ORDERED.

11  September 4, 2007                     _____
12                                         Saundra Brown Armstrong
                                           United States District Judge