**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

K<small>EN</small> W<small>ALTERS</small>, *et al.*,

      Plaintiffs,

  v.

D<small>RONKANOKI</small>, I<small>NC</small>., *et al.*,

      Defendants.

No. C 06-4138 SBA

**ORDER**

On March 26, 2007, the Court entered default judgment in favor of the plaintiffs. On September 4, 2007, the Court granted a supplemental judgment in favor of the plaintiffs. Accordingly, the Clerk of Court is directed to close this case. The Court will retain jurisdiction to enforce the judgment.

IT IS SO ORDERED.

September 4, 2007

                                            Saundra Brown Armstrong
                                            United States District Judge