| | |
|---|---|
| 1 | BARRY E. HINKLE, Bar No. 071223 |
|   | LINDA BALDWIN JONES, Bar No. 178922 |
| 2 | NICOLE M. PHILLIPS, Bar No. 203786 |
|   | CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227 |
| 3 | WEINBERG, ROGER & ROSENFELD |
|   | A Professional Corporation |
| 4 | 1001 Marina Village Pkwy, Ste. 200 |
|   | Alameda, California 94501-1091 |
| 5 | Telephone (510) 337-1001 |
|   | Fax (510) 337-1023 |
| 6 | |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C06-04138 SBA<br><br>[PROPOSED] JUDGMENT |
| Plaintiffs, | ) | |
| v. | ) | |
| DRONKANOKI, INC., a California Corporation; DRONKANOKI, INC., dba WEST COAST CONSULTING & CONSTRUCTION SERVICES; WEST COAST CONSULTING AND CONSTRUCTION SERVICES, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

/ / /

/ / /

/ / /

/ / /

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Pkwy, Ste. 200
Alameda, CA 94501-1091

[Proposed] Judgment
Case No. C06-04138 SBA

In accordance with this Court's March 26, 2007 Order Granting Plaintiffs' Motion for Default Judgment and the Court's September 4, 2007 Order granting Plaintiffs' Supplemental Request for Total Judgment, JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

JUDGMENT shall be entered in favor of Plaintiffs Ken Walters and John Bonilla, in their respective capacities as Trustees of the Operating Engineers Health and Welfare Trust Fund for Northern California; Board of Trustees of the Pension Trust Fund for Operating Engineers; Board of Trustees of the Pensioned Operating Engineers Health and Welfare Fund; Board of Trustees of the Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeymen Affirmative Action Training Fund; Board of Trustees of the Operating Engineers Vacation and Holiday Plan (hereinafter "Trust Funds" or "Plaintiffs"), and against Dronkanoki, Inc., a California Corporation; Dronkanoki, Inc., doing business as West Coast Consulting & Construction Services; and West Coast Consulting and Construction Services (hereinafter "Defendants") in the amount of $13,690.85 for unpaid contributions, interest and liquidated damages, $7,277.50 for attorneys' fees and $1,188.89 for costs. For a total judgment amount of $22,157.24. Defendants are also ordered to timely submit all required monthly contribution reports and contributions due and owing.

Dated: 9/7/07

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

112650/468390

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy,
Ste. 200
Alameda, CA 94501-1091

- 2 -

[Proposed] Judgment
Case No. C06-04138 SBA

# PROOF OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On September 5, 2007, I served upon the following parties in this action:

| Dronkanoki, Inc. | Dronkanoki, dba West Coast | West Coast Construction |
| A California Corporation | Construction | 130 Mallow Court |
| 130 Mallow Court | 130 Mallow Court | Lincoln, CA 95648 |
| Lincoln, CA 95648 | Lincoln, CA 95648 | |

copies of the document(s) described as:

**PROPOSED JUDGMENT**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on September 5, 2007.

/s/
Karen Scott

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Pkwy,
Ste. 200
Alameda, CA 94501-1091

- 3 -

[Proposed] Judgment
Case No. C06-04138 SBA